UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RON J. CHALMERS,

          Plaintiff,

    v.

UNITED STATES COAST GUARD, *et al.*,

          Defendants.

CASE NO. C05-1366C

SHOW CAUSE ORDER

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      Plaintiff is ordered to SHOW CAUSE no later than Friday, September 9, 2005, why his Complaint should not be dismissed for failure to comply with the pleading requirements set forth in Fed. R. Civ. P. 8(a).  Failure to file an amended complaint by this deadline that sets forth a clear and plain statement of the claims showing that Plaintiff is entitled to relief will result in DISMISSAL of this action.

      DATED this  18th  day of August, 2005.

                BRUCE RIFKIN, Clerk of Court

                By /s/ L. Simle
                    Deputy Clerk

SHOW CAUSE ORDER – 1